IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARMERS COOPERATIVE COMPANY,<br>a Nebraska Cooperative Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BARTLETT GRAIN COMPANY, L.P., a<br>Missouri Limited Partnership,<br><br>    Defendant. | )<br>)<br>)  4:09CV3252<br>)<br>)<br>)<br>)  MEMORANDUM AND ORDER<br>)<br>)<br>)<br>)<br>) |

Consistent with the discussions with counsel during the telephonic conference held today,

IT IS ORDERED:

1) The discovery deadline is set aside until further order of the court. The parties shall continue to diligently pursue the formal and informal discovery necessary to prepare this case for resolution by settlement or trial.

2) The plaintiff's Motion to Compel Defendant's Required Initial Disclosures and Discovery Responses, (filing no. 21), and Motion to Extend Deadline to File Motions to Compel, (filing no. 23), are deemed withdrawn.

3) A telephonic conference to discuss the parties' progress with discovery and the status of this case will be held before the undersigned magistrate judge on January 13, 2011 at 9:00 a.m. Counsel for the plaintiff shall place the call.

DATED this 18th day of November, 2010.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge