IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY, a Nebraska Cooperative Corporation, ) ) ) | | 4:09CV3252 |
| Plaintiff, ) ) | | |
| v. ) ) | | **ORDER** |
| BARTLETT GRAIN COMPANY, L.P., a Missouri Limited Partnership ) ) ) | | |
| Defendant. ) | | |

Having considered the Motion for Leave to Depose Prisoner (Filing #26) filed herein by Plaintiff pursuant to Federal Rule of Civil Procedures 30(a)(2)(B), the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED that the Motion is sustained, and that the parties herein are granted leave to take the oral deposition of Francis Searcey at his place of confinement, currently The Federal Prison Camp in Duluth, Minnesota. The deposition of Francis Searcey shall by governed by Federal Rule of Civil Procedures 30.

DATED this 3rd day of January, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge