IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY, a Nebraska Cooperative Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3252 |
| V. | ) ) | |
| BARTLETT GRAIN COMPANY, L.P., a Missouri Limited Partnership, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

The parties participated in a telephonic conference with the undersigned magistrate on January 12, 2011 regarding discovery matters.  Based on counsel's representations,

IT IS ORDERED:

1.    The defendant's supplemental responses to the plaintiff's discovery requests shall be served by 5:00 p.m. on January 17, 2011.

2.    Plaintiffs shall file its motion to compel, if any, and supporting brief by 5:00 p.m. on January 19, 2011.

3.    The defendant's response to the motion to compel shall be filed by 5:00 p.m. on January 26, 2011.  No reply brief will be permitted absent leave of the court and good cause shown.

DATED this 13th day of January, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge