IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY,<br>a Nebraska Cooperative Corporation, | ) ) ) | 4:09CV3252 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| BARTLETT GRAIN COMPANY, L.P., a<br>Missouri Limited Partnership, | ) ) ) | |
| Defendant. | ) | |

The motion to withdraw filed by Mathew T. Watson and the law firm of McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O. as counsel of record on behalf of the Plaintiff, Farmers Cooperative Company, (filing no. 56), is granted.

DATED this 26th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge