IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY, a Nebraska Cooperative Corporation, | ) ) ) ) | 4:09CV3252 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| BARTLETT GRAIN COMPANY, L.P., a Missouri Limited Partnership, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED that Defendant's motion for reconsideration (filing 73) is denied.

March 5, 2012.             BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge