IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY, a Nebraska Cooperative Corporation, | ) ) ) ) | 4:09CV3252 |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| BARTLETT GRAIN COMPANY, L.P., a Missouri Limited Partnership, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

1.  Plaintiff's renewed motion for judgment as a matter of law (filing 113) is denied; and

2.  Plaintiff's motion for new trial (filing 115) is denied.

June 20, 2012.                              BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge